# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 21, 2023

### NO. 03-23-00171-CV

**N. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on March 7, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.